IRVING M. BERRY, Respondent, *v.* JOHN A. C. JAWORSKI, Appellant.

Supreme Court, Appellate Term, Second Department, May 27, 1946.

*Solomon M. Cheser* for appellant.

*Julius Jay Flamm* for respondent.

MEMORANDUM *Per Curiam.* The judgment of separation awarding support to the wife determined the responsibility of the defendant in this action for his wife's support and is a bar to the present action (*Dravecka* v. *Richard,* 267 N. Y. 180; *Hoops* v. *Hoops,* 292 N. Y. 428).

The order should be unanimously reversed, upon the law, with $10 costs and taxable disbursements to defendant, and motion to dismiss the complaint granted, with $10 costs.

MACCRATE, McCOOEY and STEINBRINK, JJ., concur.

Order reversed, etc.